UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br>Defendant. | No. 2:25-cv-3441-TLN-SCR<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 20.) Plaintiff filed objections to the findings and recommendations, which the Court has considered herein. (ECF No. 22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are ADOPTED in full;

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is DENIED;

3. Plaintiff is granted thirty (30) days in which to pay the $405 filing fee for this action and is advised that a failure to pay the filing fee within the time provided will result in the dismissal of this action; and

4. Plaintiff's motions for settlement conference (ECF Nos. 7, 10, 12, 13, and 14) and motions to compel discovery (ECF Nos. 8 and 15) are DENIED as premature.

IT IS SO ORDERED.

Date: July 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE